Reza Mirzaie, Esq.
(Pro Hac Vice to be submitted)
*rmirzaie@raklaw.com*
Paul S. Kroeger, Esq.
(Pro Hac Vice to be submitted)
*pkroeger@raklaw.com*
Stanley H. Thompson, Jr., Esq.
(Pro Hac Vice to be submitted)
*sthompson@raklaw.com*
C. Jay Chung, Esq.
(Pro Hac Vice to be submitted)
*jchung@raklaw.com*
**RUSS, AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile:  (310) 826-6991

Mark Borghese, Esq.
Nevada Bar No. 6231
*mark@borgheselegal.com*
**BORGHESE LEGAL, LTD.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
T: (702) 382-0200
F: (702) 382-0212
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 2-WAY COMPUTING, INC., a Nevada corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GRANDSTREAM NETWORKS, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No.: 2:16-cv-01110-RCJ-PAL<br><br>**UNOPPOSED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff 2-Way Computing, Inc. ("Plaintiff") hereby files this Unopposed Motion and [Proposed] Order to Extend Deadline for Defendant to Respond to the Complaint in accordance with LR IA 6-1 and LR IA 6-2. This is the first request to extend the proposed deadline. This request is not made after the response deadline which is currently June 27, 2016.

1  The Complaint (Doc. 1) was filed on May 17, 2016 and was served on Grandstream Networks, Inc. on or about June 6, 2016. The current deadline to respond to the Complaint is June 27, 2016.

The parties believe that the litigation of this matter will be best served by allowing an additional fifteen (15) days to discuss possible settlement of this matter and allow Defendant additional time to investigate the claims of the Complaint and obtain Nevada counsel. Because an attorney for Defendant has not made an appearance in this case, Plaintiff files this motion to extend Defendant's deadline as an unopposed motion.

Accordingly, Plaintiff respectfully requests that this Court grant its request to continue the deadline for Defendant to respond to the Complaint until <u>July 12, 2016</u>.

**BORGHESE LEGAL, LTD.**

DATED: <u>June 27, 2016.</u>

*/s/ Mark Borghese*
Mark Borghese, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

**RUSS, AUGUST & KABAT**
Reza Mirzaie, Esq.
Stanley H. Thompson, Jr., Esq.
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

DATED: July 1, 2016