1  Reza Mirzaie, Esq.
   (Admitted Pro Hac Vice)
2  *rmirzaie@raklaw.com*
   Paul S. Kroeger, Esq.
3  (Admitted Pro Hac Vice)
   *pkroeger@raklaw.com*
4  Stanley H. Thompson, Jr., Esq.
   (Admitted Pro Hac Vice)
5  *sthompson@raklaw.com*
   **RUSS, AUGUST & KABAT**
6  12424 Wilshire Boulevard, 12th Floor
   Los Angeles, California 90025
7  Telephone: (310) 826-7474
   Facsimile:  (310) 826-6991
8
   Mark Borghese, Esq.
9  Nevada Bar No. 6231
   *mark@borgheselegal.com*
10 **BORGHESE LEGAL, LTD.**
   10161 Park Run Drive, Suite 150
11 Las Vegas, Nevada 89145
   T: (702) 382-0200
12 F: (702) 382-0212
   Attorneys for Plaintiff
13

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 2-WAY COMPUTING, INC., a Nevada corporation, | Case No.: 2:16-cv-01110-RCJ-PAL |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | |
| GRANDSTREAM NETWORKS, INC., a Delaware corporation, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff 2-Way Computing, Inc. and Defendant Grandstream Networks, Inc. hereby stipulate to the dismissal of the action. All claims of infringement and defenses thereto, including invalidly and unenforceability,

/ / /

/ / /

/ / /

2017-04-03-Stipulation of Dismissal.docx        1

1  relating to U.S. Patent No. 5,434,797 that the parties raised or could have raised in this action
2  are dismissed WITH PREJUDICE.

3  Dated: April 3, 2017
4

5  */s/ Mark Borghese*          */s/ Michael G. Strapp*
   Mark Borghese, Esq.          Michael G. Strapp, Esq.
6  **BORGHESE LEGAL, LTD.**          **DLA PIPER LLP**
   10161 Park Run Drive, Suite 150          33 Arch Street
7  Las Vegas, Nevada 89145          Boston, MA 02110

8  Reza Mirzaie, Esq.          Lawrence J. Semenza, III, Esq.
   Paul S. Kroeger, Esq.          Christopher D. Kircher, Esq.
9  Stanley H. Thompson, Jr., Esq.          Jarrod L. Rickard, Esq.
   C. Jay Chung, Esq.          **SEMENZA KIRCHER RICKARD**
10 **RUSS, AUGUST & KABAT**          10161 Park Run Drive, Suite 150
   12424 Wilshire Blvd., 12th Floor          Las Vegas, Nevada 89145
11 Los Angeles, California 90025

   Attorneys for Defendant
12 Attorneys for Plaintiff

13                          **ORDER**
14       **IT IS SO ORDERED.**
15
16       _____
         UNITED STATES DISTRICT JUDGE
17
18       DATED: April 5, 2017.

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

2017-04-03-Stipulation of Dismissal.docx    2

## CERTIFICATE OF SERVICE

I am a resident of Clark County, Nevada and am over the age of 18 years and not a party to the action. My business address is: 10161 Park Run Drive, Suite 150, Las Vegas, Nevada, 89145.

On **April 3, 2017**, I served this document on the parties listed on the attached service list via one or more of the methods of service described below as indicated next to the name of the served individual or entity by a checked box:

**PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf. A receipt of copy signed and dated by such an individual confirming delivery of the document will be maintained with the document and is attached.

**EMAIL:** By transmitting a copy of the document to the electronic-mail address designated by the attorney or the party who has consented to such manner of service.

**E-FILE:** Automatically through the court's electronic filing system.

**FAX SERVICE:** by transmitting to a facsimile machine maintained by the attorney or the party who has consented to such manner of service.

**MAIL SERVICE:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada. I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

I declare that under penalty of perjury under the laws of the State of Nevada that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Mark Borghese*
An employee of BORGHESE LEGAL, LTD.

**SERVICE LIST**

| ATTORNEYS OF RECORD | PARTIES REPRESENTED | METHOD OF SERVICE |
|---|---|---|
| Lawrence J. Semenza, III, Esq.<br>Christopher D. Kircher, Esq.<br>Jarrod L. Rickard, Esq.<br>**SEMENZA KIRCHER RICKARD**<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br><br>Michael G. Strapp, Esq.<br>**DLA PIPER LLP**<br>33 Arch Street<br>Boston, MA 02110 | Attorneys for Defendant | ☐ Personal service<br>☐ Email<br>☒ E-File<br>☐ Fax service<br>☐ Mail service |

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

2017-04-03-Stipulation of Dismissal.docx        4